```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YOUWEI P. XU, CATHY HUANG, PERPETUAL
SECURITIES, INC.,

               Plaintiffs                         11 CIVIL 3634 (JSR)

        -against-                              **JUDGMENT**

FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC.,
               Defendant.
-----------------------------------------------------------X

      Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on July 13, 2011, having rendered its Order, dismissing the plaintiff's complaint with prejudice, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 13, 2011, the plaintiff's complaint is hereby dismissed with prejudice.

**Dated:** New York, New York
           July 14, 2011

                                              **RUBY J. KRAJICK**
                                                Clerk of Court
                                 BY:
                                                    Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____